IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF ROGER RUSHING** *by and through Mary Rushing, Executrix* | § § § § § | **PLAINTIFF** |
| v. | § § § | Civil No. 2:22cv37-HSO-BWR |
| **LM GENERAL INSURANCE COMPANY, JOHN DOES 1-10, JANE DOES 1-10, and ABC CORPORATIONS 1-10** | § § § § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 27th day of June, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE